**SO ORDERED.**

**SIGNED this 5th day of December, 2016.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE



C-13-16(FTP)
(Rev. 6/04)

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In Re: ) | |
| ) | **ORDER** |
| Hughes, Brenda J.    xxx-xx-2767 ) | |
| 4779 Salem Church Road ) | No:  16-10643    C-13G |
| Denton, NC 27239 ) | |
| Debtor. ) | |

    This case came before the Court for hearing on November 29, 2016, on the Objection filed by the Debtor to Claim 2 of MTGLQ Investors, LP, filed as secured in the amount of $56,032.46 on an account with last four digits 5033.  All necessary parties having been given adequate notice of the Objection and hearing, at the hearing, the attorney for the Debtor appeared; the attorney for MTGLQ Investors, LP, appeared; and, the Trustee appeared.

    The Court finds after hearing on the Objection filed by the Debtor to Claim 2 of MTGLQ Investors, LP, ("Claimant") that the Claimant has filed Claim 2 as secured in the amount of $56,032.46 but has failed to provide evidence of a lien against property of the estate.  The Court further finds that Claim 2 as currently filed fails to document personal liability of the Debtor to the Claimant.  The Court finds Claim 2 should be disallowed as a secured claim without prejudice to the Claimant seeking relief from stay to proceed with a reformation action.  The Court further finds the Claimant should be allowed until December 8, 2016, to amend Claim 2 to document personal liability of the Debtor with Claim 2 to be disallowed in full if the claim is not amended on or before December 8, 2016, to document personal liability of the Debtor and if timely amended to document personal liability of the Debtor, the rights of all parties are reserved as to any objection to the claim as amended; and, it is further,

    ORDERED that Claim 2 of the Claimant is disallowed as a secured claim without prejudice to the Claimant seeking relief from stay to proceed with a reformation action; and, it is further

    ORDERED that the Claimant is allowed until December 8, 2016, to amend Claim 2 to document personal liability of the Debtor with Claim 2 to be disallowed in full if the claim is not amended on or before December 8, 2016, to document personal liability of the Debtor and if timely amended to document personal liability of the Debtor, the rights of all parties are reserved as to any objection to the claim as amended.

END OF DOCUMENT

<u>PARTIES TO BE SERVED</u><br>
PAGE 1 OF 1<br>
16-10643 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

BRENDA J HUGHES
4779 SALEM CHURCH RD
DENTON NC 27239

RONALD A ANDERSON ESQ
PO BOX 14639
ARCHDALE NC 27263

MTGLQ INVESTORS LP
%RUSHMORE LOAN MGMT SVCS LLC
PO BOX 55004
IRVINE CA 92619

THE LAW OFFICES OF RICK D LAIL
PO BOX 30081
CHARLOTTE NC 28230