UNITED BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| RE: ) | |
| ) | Case No: 16-10643 C13 |
| BRENDA HUGHES ) | |
| ) | |
| Debtors ) | |

### OBJECTION TO RELIEF FROM STAY

COMES NOW, BRENDA HUGHES, the Debtor herein, by and through counsel of record, and hereby objects to the Motion for Relief of Automatic Stay

WHEREFORE, the debtor prays:

1. the Motion for Relief of Automatic Stay be denied.;

2. for such other and further relief as to the Court may seem just and proper.

This the 31st day of March, 2017.

/s/ Ronald A. Anderson
Ronald A. Anderson, Bar No. 24920
Attorney for Debtor
Post Office Box 14639
Archdale, NC  27263
Phone: (336) 431-7336

UNITED BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| RE: | ) | Case No.: 16-10643 |
| | ) | |
| BRENDA HUGHES | ) | |
| | ) | |
| Debtors | ) | |

### CERTIFICATE OF SERVICE

I, Ronald A Anderson, attorney hereby certifies that I have this date served the foregoing **Objection toRelief of Automatic Stay**, by depositing a copy thereof in the United States Mail, Postage paid properly addressed to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service.

Chapter 13 Office  (electronic)
Anita Jo Kinlaw Troxler
P.O. Box 1720
Greensboro NC  27402

Bankruptcy Administrator (electronic)
William Miller
101 South Edgeworth Street
Greensboro NC 27401

Law Offices of Rick D Lail
Rick D Lail
PO Box 30081
Charlotte NC 28230

This the 31st day of March, 2017.

/s/ Ronald A. Anderson
Ronald A. Anderson, Bar No. 24920
Attorney for Debtor
Post Office Box 14639
Archdale, NC  27263
Phone: (336)431-7336