UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| BRENDA HUGHES | ) | Case No. 16-10643 C13 |
| | ) | |
| Debtor. | ) | |

### WITHDRAWAL OF MOTION

NOW COMES, Rick D. Lail, attorney for MTGLQ Investors, LP, a secured creditor in the above-captioned case, and hereby withdraws without prejudice the Motion for Relief of Stay filed the 24th day of March, 2017 ( Document # 21).

This the 21th day of April, 2017.

/s/ Rick D. Lail
Rick D. Lail
Attorney for MTGLQ Investors, LP
P.O. Box 30081
Charlotte, N.C. 28230
NC Bar #16157
(704)-347-0306

## CERTIFICATE OF SERVICE BY MAIL

I hereby certify that a copy of the Withdrawal of Motion for Relief of Stay has been served by First Class Mail by placing in a properly addressed envelope, first class mail, postage pre-paid and placed in a depository of the United States Postal Service on the creditors and parties listed below:

This the 21st day of April, 2017.

_____
Rick D. Lail
P.O. Box 30081
Charlotte, N.C. 28230
Tel.: 704.347.0306
Fax: 704.665.5809
Email: rick@lail-law.com
N.C. State Bar# 16157
Attorney for MTGLQ Investors, LP

Parties served:

Ronald A. Anderson
P.O. Box 14639
Archdale, N.C. 27263
Attorney for Benda J. Hughes in Bankruptcy

Brenda Joyce Hughes
4779 Salem Church Road
Denton, N.C. 27239

Anita Jo Kinlaw Troxler
Chapter 13 Trustee
P.O. Box 1720
Greensboro, N.C. 27402-1720