**SO ORDERED.**

**SIGNED this 4th day of December, 2017.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

C-13-15A(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | | | |
|---|---|---|---|---|
| In Re: | ) | | | |
| | ) | | | |
| HUGHES, BRENDA J | xxx-xx-2767 ) | | | |
| 4779 SALEM CHURCH RD | ) | No: | 16-10643 | C-13G |
| DENTON, NC 27239 | ) | | | |
| | ) | | | |
| Debtor | ) | | | |

## ORDER

This matter coming before the Court upon the motion of Anita Jo Kinlaw Troxler, Trustee for the above-referenced Debtor, for an Order to be entered sustaining the Trustee's objection to the allowance of the Notice of Post-Petition Mortgage Fees, Expenses and Charges filed September 11, 2017 in the total amount of $993.50 in reference to the unsecured Claim 2 of MTGLQ Investors, LP due to no evidence of a basis for allowance of the post-petition fees in reference to the unsecured claim and disallowing the Notice of Post-Petition Mortgage Fees, Expenses and Charges in full; and there being no filed objection to the Motion within the time period set forth in the Notice issued on October 17, 2017 by the Clerk of Court setting November 27, 2017 as the deadline for filing objections to the motion and the Court, after considering the motion, finds the motion should be allowed; therefore, it is

ORDERED, that the Trustee's objection to the allowance of the Notice of Post-Petition Mortgage Fees, Expenses and Charges filed September 11, 2017 in the total amount of $993.50 in reference to Claim 2 is sustained and the Notice of Post-Petition Mortgage Fees, Expenses and Charges disallowed in full.

END OF DOCUMENT

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
16-10643 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27401-1720

BRENDA J HUGHES
4779 SALEM CHURCH RD
DENTON, NC 27239

RONALD A ANDERSON ESQ
P O BOX 14639
ARCHDALE, NC 27263

MTGLQ INVESTORS, L.P.
% RUSHMORE LOAN MANAGEMENT SERVICES, LLC
PO BOX 55004
IRVINE, CA 92619

RICK D LAIL ESQ (**Not on Matrix**)
LAW OFFICES OF RICK D LAIL
PO BOX 30081
CHARLOTTE, NC 28230